**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CR-02-003-F |
| | ) |
| **MARK D. RICE,** | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM**

On October 26, 2005, the undersigned judge received a telephone call from Judge Tammy Bass-Jones of the District Court of Oklahoma County. In response to inquiry as to the status of the above matter, Judge Bass-Jones was informed of the contents of this court's October 3, 2005 order. Judge Bass-Jones was further informed that it is likely that some of the issues now pending in this matter will be resolved by this court in the reasonably near future. That concluded the conversation.

Dated October 27, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

02-0003p041.wpd